# Exhibit A



# Superior Court of the District of Columbia
## CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. __2025-CAB-001849__

# COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| Tyler Jefferson Hinton | vs | United States of America, Federal Bureau of Investigation |
|---|---|---|
| PLAINTIFF | | DEFENDANT |
| 6600 Piney Branch Road NW | | 935 Pennsylvania Ave NW |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| Washington    DC    20012-2502 | | Washington    D.C.    20535 |
| City    State    Zip Code | | City    State    Zip Code |
| | | |
| Telephone Number | | Telephone Number |
| | | LEBRUNOT@fbi.gov |
| Email Address (optional) | | Email Address (optional) |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   On 06/03/24, eight investigative tips were submitted through the online tip site. 06/23/24 the assigned agents called to assess concerns for safety; provided contact emails. 06/24/24 documents emailed for investigative review. 06/28/24 failure to respond to updated claim of property theft of a USB device containing personal, legal information at the 500 Carl Moultrie Courthouse building after same day recovery failed. On 06/29/24, agent Brunot confirmed an active review of items. 07/16/24, a request to have a third agent added to track updates on the situation but no response. 10/07/24's final confirmation of a suspended investigation after lack of continued response, details into serious allegations and patterns of Abuse of Process, Civil Rights discrimination, Obstruction of Justice practices, falsified statements given to Metropolitan Police Department and Department of Behavioral Health, bodily harm threats, national security concerns compromised an ultimately unsuccessful conclusion which has resulted in violation of 42 U.S. Code §1986, D.C Code §22–2405, D.C. Code §21–591.

2. What relief are you requesting from the Court? Include any request for money damages.

   $4,654,321 for the heightened risk of disclosing issues within D.C. government. Emotional, mental distress related to a conspiracy involving multiple D.C government agencies, Metropolitan Police Department, and domestic parties closest to the person that have unmitigated resources, skill, and time to have tried to manipulate the wrong dealing.
   Or court mediated settlement requesting compensation of $275,000 in restitution in order to avoid heftier legal damages after attempting to cover a pattern of Obstruction of Justice practices; planned poor awareness, attention standard to Plaintiff's case, then engaging in its own mimicry Abuse of Process with the expressed set intention not to provide a valid resolution. Demonstrated lack of regard. Example: "Luke" evokes a famous character from the iconic American film franchise Star Wars named "Luke Skywalker" from 1970s. Plaintiff responded they did not follow up prompting e-mails asking for up-to-date phone call to see what the Bureau of Investigation is doing with collected information, tips relevant to national security issues. Divulge possible conflicts of interest in preserving justice among these bureaucratic institutions with its actionable disinterest thus far.

3. State any other information, of which the Court should be aware:

Federal Bureau of Investigation's criminal cooperation in redress against a R.I.C.O operation of D.C institutions: D.C National Guard, Department of Motor Vehicles, Department of Employment Services, D.C Superior Court, University of the District of Columbia in coordinated effort has raised concerns in disclosing information has demonstrated this agency's substandard investigation management practices. Unprofessional and inappropriate infliction of intentional emotional damages in deliberate name selection of field agents "Luke Bruno" and "Matthew Gano" due the issue for review being an entertainment-related con as well as an insurance scheme. 18 U.S.C. §245(b)(2): "Traveling or using a facility of interstate commerce or common carrier.", in the initial incident that falsely evoked use for these "D.C institutions"; "Applying for or enjoying private or state employment", in employment with Metropolitan Police Department; "Participating In or enjoying a service, privilege, program, facility or activity provided or administered by a state or local government", in misuse of Department of Behavioral Health services, employment while seeking employment from D.O.E.S; 18 U.S.C. §242. Section 242 provides.. relevant part: "Whoever, under color of any law, …willfully subjects any person…to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States [shall be guilty of a crime]." 42 U.S. Code §1986 - "Action for neglect to prevent" - commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued. (R.S. § 1981.); This stipulation of "next of kin" or mentioning of "deceased" is a loophole for criminal perpetration by an employee of the U.S government in violation of 42 U.S.C. §2000d. 18 U.S. Code §249(5) Lynching: "Whoever conspires to commit any offense under paragraph (1), (2), or (3) shall, if death or serious bodily injury (as defined in section 2246 of this title) results from the offense, be imprisoned for not more than 30 years, fined in accordance with this title, or both." In prevention of the commission of a crime by a foreign, domestic, federal actor; agency.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____*Tyler Stinton*_____
**SIGNATURE**

_____
**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
(Notary Public/Deputy Clerk)

2

**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Tyler Jefferson Hinton
_____
Plaintiff
vs.

United States of America, Federal Bureau of Investigation
_____
Defendant

Case Number  2025-CAB-001849

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Pro Se
_____
Name of Plaintiff's Attorney

6600 Piney Branch Road NW
_____
Address
Washington, District of Colu
_____
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date  March 25, 2025

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                                                     Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

Plaintiff(s): Tyler Jefferson Hinton

Case Number: 2025-CAB-001849

vs

Date: 03/06/2025

Defendant(s): United States of America, Federal Bureau of Investigation

☑ One of the defendants is being sued in their official capacity.

Name: *(Please Print)* Tyler Jefferson Hinton

Firm Name:

Telephone No.: 202-829-8622

DC Bar No.:

Relationship to Lawsuit:
- ☐ Attorney for Plaintiff
- ☑ Self (Pro Se)
- ☐ Other: _____

TYPE OF CASE: ☐ Non-Jury  ☐ 6 Person Jury  ☑ 12 Person Jury

Demand: $ 4,654,321

Other: Or $275,000 settled compensation with a detailed explanation of results of the investigation.

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____  Judge: _____  Calendar #: _____

Case No.: _____  Judge: _____  Calendar #: _____

## NATURE OF SUIT:    *(Check One Box Only)*

**CONTRACT**
- ☐ Breach of Contract
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn. Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**
- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☐ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☐ Wrongful Termination

**REAL PROPERTY**
- ☐ Condo/Homeowner Assn. Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader
- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ **FRIENDLY SUIT**
- ☐ **HOUSING CODE REGULATIONS**
- ☐ **QUI TAM**
- ☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
- ☐ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☐ Petition Other

- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☐ Medical – Other
- ☐ Wrongful Death

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

☐ APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT

CV-496/February 2023

# Information Sheet, Continued

| CIVIL ASSET FORFEITURE | TORT |
|---|---|
| Currency | Abuse of Process |
| Other | Assault/Battery |
| Real Property | Conversion |
| Vehicle | False Arrest/Malicious Prosecution |
| **NAME CHANGE/VITAL RECORD AMENDMENT** | Libel/Slander/Defamation |
| Birth Certificate Amendment | Personal Injury |
| Death Certificate Amendment | Toxic Mass |
| Gender Amendment | Wrongful Death (Non-Medical Malpractice) |
| Name Change | |

| GENERAL CIVIL | | STATUTORY CLAIM |
|---|---|---|
| | Product Liability | |
| Accounting | Request for Liquidation | Anti – SLAPP |
| Deceit (Misrepresentation) | Writ of Replevin | Consumer Protection Act |
| Fraud | Wrongful Eviction | Exploitation of Vulnerable Adult |
| Invasion of Privacy | **CIVIL I/COMPLEX CIVIL** | Freedom of Information Act (FOIA) |
| Lead Paint | Asbestos | Other |
| Legal Malpractice | **MORTGAGE FORECLOSURE** | **TAX SALE FORECLOSURE** |
| Motion/Application Regarding Arbitration Award | Non-Residential | Tax Sale Annual |
| Other - General Civil | Residential | Tax Sale Bid Off |

| VEHICLE | |
|---|---|
| | **TRAFFIC ADJUDICATION APPEAL** |
| Personal Injury | |
| Property Damage | **REQUEST FOR FOREIGN JUDGMENT** |

_____     _____
Filer/Attorney's Signature                                             Date

CV-496/February 2023